

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Ex parte Jeremy Koester

Appellate case number:    01-14-00791-CR

Trial court case number:   1984463

Trial court:             County Criminal Court at Law No. 10 of Harris County

Date motion filed:       November 25, 2014

Party filing motion:     Appellant, Jeremy Koester

It is ordered that the motion for rehearing is **denied**.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
               ☒    Acting individually    ☐  Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Date:  December 16, 2014